UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EDWIN L., <br>     Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner <br> Social Security Administration, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 21-00359-MSM-LDA <br> ) <br> ) <br> ) <br> ) |

ORDER

On April 25, 2022, Magistrate Judge Lincoln D. Almond filed a Report and Recommendation (R&R), (ECF No. 14), recommending that the Court deny the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 9) and grant the Defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 11) After having carefully reviewed the relevant papers and having heard no objections the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, the Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 9) is DENIED, and Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 11) is granted. Final Judgment in favor of the Commissioner is entered.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

June 21, 2022